IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

AIMBRIDGE HOSPITALITY, LLC,

    Petitioner,

vs.

ZURICH AMERICAN INSURANCE
COMPANY,

    Respondent.
_____/

### PETITION FOR APPOINTMENT OF A NEUTRAL UMPIRE

COMES NOW, Petitioner, AIMBRIDGE HOSPITALITY, LLC, (hereinafter "AIMBRIDGE"), by and through the undersigned counsel, and hereby files this Petition for Appointment of a Neutral Umpire, and in support thereof states as follows:

### Jurisdictional Averments

1. At all times material to this action, AIMBRIDGE, was and is a corporation organized and existing under the laws of the State of Texas, with its principal place of business in Plano, Texas, qualified to do business in Florida, and at all times material hereto conducting business in Monroe County, Florida, and within the territorial jurisdiction of this Court.

2. At all times material to this action, upon information and belief, Respondent, ZURICH AMERICAN INSURANCE COMPANY (hereinafter "ZURICH"), was and is a Foreign Profit Corporation organized and existing under the laws of Illinois, qualified to do business in Florida, and at all times material hereto conducting business in Monroe County, Florida, and within the territorial jurisdiction of this Court.

3. At all times material to this action, AIMBRIDGE was the named insured under a business provider insurance policy issued by ZURICH, bearing policy number ERPO 192106-01, with effective dates of coverage from March 1, 2017 through March 1, 2018 (hereinafter "the Policy").

4. The Policy provides property insurance covering for premises located at 82749 Overseas Highway, Islamorada, Florida, 33036 (hereinafter "Hadley House"), and 84951 Overseas Hwy, Islamorada, Florida, 33036 (hereinafter "Harbor Lights").

5. This action is a dispute concerning the amount of loss at the two Islamorada, Florida, properties owned by Petitioner and insured by Respondent.

6. This action is a suit between citizens of different states in which the amount in controversy, exceeds the sum of $75,000.00, exclusive of interest, costs and attorneys' fees.

7. This Honorable Court has original jurisdiction based upon diversity of citizenship, as provided in 28 U.S.C. §1332.

## General Averments

8. On or about September 11, 2017, Hadley House and Harbor Lights were damaged as a result of the hurricane winds, wind-driven rain, water and flood waters of Hurricane Irma.

9. AIMBRIDGE presented claims for its damage to ZURICH for loss and damage caused by the hurricane under claim number 5630010464 (Hadley House) and claim number 5630010466 (Harbor Lights).

10. AIMBRIDGE disagreed with ZURICH's evaluation of the amount of the loss and invoked the appraisal provision of the Policy.

11. A copy of the Policy is attached hereto as Exhibit "A."

12. Pursuant to the terms and conditions of the Policy, AIMBRIDGE appointed its appraiser, and Zurich appointed its appraiser.

13. The parties' appraisers have been unable to reach an agreement as to the selection of a neutral umpire, in part due the parties' contentions concerning the proposed umpires' impartiality.

14. The Policy specifically provides that the parties' sole remedy following a failure to agree is to petition a court of record in the jurisdiction where the appraisal is pending:

    APPRAISAL: If the Insured and the Company fail to agree on the value of the property or the amount of loss, each will, on the written demand of either, select a competent, disinterested, and impartial appraiser, who has no direct or indirect financial interest in the claim […] The appraisers will first select a competent, disinterested and impartial umpire.  If the appraisers fail to agree upon an umpire within 15 days then, on the request of the Insured or the Company, a judge of a court of record in the jurisdiction in which the appraisal is pending  will  select  the umpire.

    *See* Exhibit "A," pg. 32 of 44.

15. As a result, this Petition for Appointment of a Neutral Umpire seeks this Honorable Court's selection of a "competent, disinterested and impartial  umpire" to resolve any differences amongst the parties' appraisers for the claims at Hadley House and Harbor Lights.

WHEREFORE, Petitioner, AIMBRIDGE HOSPITALITY, LLC, hereby moves this Honorable Court to select an umpire for the appraisal of Petitioner's pending claims.

DATED this 20th day of May, 2020.

    Respectfully submitted,

    /s/ Matthew L. Baldwin
    **Matthew L. Baldwin, Esq.**
    Fla. Bar No.: 27463
    Email: Matthew@VargasGonzalez.com
    **Cassandra Milnes**
    Fla. Bar No.: 118812

Email: Cmilnes@VargasGonzalez.com

**Vargas Gonzalez Hevia Baldwin, LLP**
*Attorneys for Plaintiff*
815 Ponce de Leon Blvd., Third Floor
Coral Gables, Florida  33134
Telephone: (305) 631-2528
Facsimile: (305) 631-2741