UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-10053-CIV-MARTINEZ

AIMBRIDGE HOSPITALITY, LLC,

    Petitioner,

vs.

ZURICH AMERICAN INSURANCE
COMPANY,

    Respondent.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon the Petition to Appoint Neutral Umpire filed by Aimbridge Hospitality, LLC ("Aimbridge"). (DE 1). Respondent Zurich American Insurance Company ("Zurich") does not oppose the Petition. (DE 5). Upon consideration, the Petition is **GRANTED**.

    **I.**    **Background**

This matter arises out of an insurance dispute relating to damages sustained to Aimbridge's properties in Islamorada, Florida resulting from Hurricane Irma. Following Aimbridge's notice of the loss, Zurich completed an investigation of the claim and presented it to Aimbridge. However, the parties were unable to reach an agreement with regard to the amount of loss. Thereafter, Aimbridge invoked the appraisal provision of the applicable insurance policy ("Policy") and each party selected an appraiser. Unfortunately, the parties' appraisers were unable to agree on a neutral umpire.

Per the Policy, in the event that the parties cannot agree on an appraisal umpire, either party may request that the selection be made by a judge of a court having jurisdiction. The Policy provides in relevant part:

> If the Insured and company fail to agree on the value of the property or the amount of loss, each will, on the written demand of either, select a competent, disinterested, and impartial appraiser, who has no direct or indirect financial interest in the claim . . . .The appraisers will first select a competent, disinterested and impartial umpire. If the appraisers fail to agree upon an umpire within 15 days then, on the request of the Insured or the Company, a judge of a court of record in the jurisdiction in which the appraisal is pending will select the umpire.

(DE 1-1).

Initially, this Court has jurisdiction over this dispute based upon the diversity of the parties. Petitioner is a Texas corporation and Respondent is an Illinois corporation. Further, the amount in controversy exceeds $75,000. The invocation of the appraisal provision in the policy reflects a disagreement regarding the amount of loss, and for the appraisal to proceed, a qualified, impartial umpire must be selected. Thus, there is a justiciable issue for the court to resolve. *See Empire Indem. Ins. Co. v. Bridgepointe at Broken Sound*, 2018 WL 3423959, at *1 (S.D. Fla. Jun. 27, 2018).

## II. Appointment of Appraisal Umpire

Petitioner seeks the appointment of a "competent, disinterested and impartial umpire" but does not propose any specific candidates for this Court's consideration. It appears, however, that in correspondences with Respondent, Petitioner has previously sought appointment of several former state court judges. Respondent, on the other hand, advocates for the appointment of an umpire with particular construction experience and proposes its own candidates. Petitioner filed a Reply in which it implied that those individuals have either "conflicts of interest or prior business relationships with Zurich."

Given that the parties cannot agree on a pool of candidates, after careful consideration, the Court makes the following appointment:

EDWARD M. WELLER
P.O. Box 430097
MIAMI, FLORIDA 33143

(305) 665-1902 Office
(305) 733-0265 Cell
(305) 666-4636 Fax
ccms53@yahoo.com

Mr. Weller is well-suited to serve as a neutral umpire in this matter. He has been in the construction industry for over 40 years, is formerly the Director of the City of Coral Gables Building & Zoning Department, and the former Chairman of the Florida Department of Business and Professional Regulation's Construction Industry Licensing Board. In addition, Mr. Weller possesses the following professional qualifications:

- Florida Certified Building Code Administrator (BU 1419)
- Florida Certified Standard Building Plans Examiner (PX 2481)
- Florida Certified Standard Building Inspector (BN 4970)
- Florida Certified Roofing Inspector (SR 193)
- Arbitrator & Florida Supreme Court Certified County Mediator (08165C)
- Florida Certified General Contractor (CGC 012427)
- Florida Certified Commercial Plumbing Inspector (BN 4970P)
- International Code Council Certified Commercial Plumbing Inspector (Certification # 5272809-P2)
- Florida Certified Home Inspector (HI 7572)
- Construction Industry Licensing Board

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition is **GRANTED.** The Clerk shall mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of July, 2020.

_____
**JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**